AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

DR. GERALD FINKEL, as Chairman of the Joint
Industry Board of the Electrical Industry,

*Plaintiff(s)*

v.  Civil Action No.  17-cv-7358 ILG-CLP

WALSH ELECTRICAL CONTRACTING, INC., RYAN WALSH,
LINDA WALSH, EMPIRE OUTLET BUILDERS, LLC,
BFC PARTNERS, L.P., AURORA CONTRACTORS, INC., and
ADCO ELECTRICAL CORPORATION

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ryan Walsh
77 Prescott Avenue
Staten Island, NY 10306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Parisis G. Filippatos, Esq.
Legal Counsel Department
Joint Industry Board of the Electrical Industry
158-11 Harry Van Arsdale Jr. Avenue
Flushing, NY 11365

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  12/20/2017

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| DR. GERALD FINKEL, as Chairman of the Joint Industry Board of the Electrical Industry,<br><br>*Plaintiff(s)*<br><br>v.<br><br>WALSH ELECTRICAL CONTRACTING, INC., RYAN WALSH, LINDA WALSH, EMPIRE OUTLET BUILDERS, LLC, BFC PARTNERS, L.P., AURORA CONTRACTORS, INC., and ADCO ELECTRICAL CORPORATION<br><br>*Defendant(s)* | Civil Action No. 17-cv-7358 ILG-CLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Linda Walsh
259 Barbara Street
Staten Island, NY 10306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Parisis G. Filippatos, Esq.
Legal Counsel Department
Joint Industry Board of the Electrical Industry
158-11 Harry Van Arsdale Jr. Avenue
Flushing, NY 11365

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 12/20/2017

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| DR. GERALD FINKEL, as Chairman of the Joint Industry Board of the Electrical Industry,<br><br>*Plaintiff(s)*<br><br>v.<br><br>WALSH ELECTRICAL CONTRACTING, INC., RYAN WALSH, LINDA WALSH, EMPIRE OUTLET BUILDERS, LLC, BFC PARTNERS, L.P., AURORA CONTRACTORS, INC., and ADCO ELECTRICAL CORPORATION<br><br>*Defendant(s)* | Civil Action No. 17-cv-7358 ILG-CLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Empire Outlet Builders, LLC
55B Richmond Terrace
Staten Island, NY 10301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Parisis G. Filippatos, Esq.
Legal Counsel Department
Joint Industry Board of the Electrical Industry Board
158-11 Harry Van Arsdale Jr. Ave.
Flushing, NY 11365

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 12/20/2017

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| DR. GERALD FINKEL, as Chairman of the Joint Industry Board of the Electrical Industry, <br><br> *Plaintiff(s)* <br><br> v. <br><br> WALSH ELECTRICAL CONTRACTING, INC., RYAN WALSH, LINDA WALSH, EMPIRE OUTLET BUILDERS, LLC, BFC PARTNERS, L.P., AURORA CONTRACTORS, INC., and ADCO ELECTRICAL CORPORATION <br><br> *Defendant(s)* | Civil Action No. 17-cv-7358 ILG-CLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BFC Partners, L.P.
150 Myrtle Avenue, Ste. 2
Brooklyn, NY 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Parisis G. Filippatos, Esq.
Legal Counsel Department
Joint Industry Board of the Electrical Industry
158-11 Harry Van Arsdale Jr. Avenue
Flushing, NY 11365

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 12/20/2017



s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| DR. GERALD FINKEL, as Chairman of the Joint Industry Board of the Electrical Industry,<br><br>*Plaintiff(s)*<br>v.<br>WALSH ELECTRICAL CONTRACTING, INC., RYAN WALSH, LINDA WALSH, EMPIRE OUTLET BUILDERS, LLC, BFC PARTNERS, L.P., AURORA CONTRACTORS, INC., and ADCO ELECTRICAL CORPORATION<br><br>*Defendant(s)* | Civil Action No. 17-cv-7358 ILG-CLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Aurora Contractors, Inc.
100 Raynor Avenue
Ronkonkoma, NY 11779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Parisis G. Filippatos, Esq.
Legal Counsel Department
Joint Industry Board of the Electrical Industry
158-11 Harry Van Arsdale Jr. Avenue
Flushing, NY 11365

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 12/20/2017       s/Kimberly Davis
                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| DR. GERALD FINKEL, as Chairman of the Joint Industry Board of the Electrical Industry, <br><br> *Plaintiff(s)* <br><br> v. <br><br> WALSH ELECTRICAL CONTRACTING, INC., RYAN WALSH, LINDA WALSH, EMPIRE OUTLET BUILDERS, LLC, BFC PARTNERS, L.P., AURORA CONTRACTORS, INC., and ADCO ELECTRICAL CORPORATION <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  17-cv-7358 ILG-CLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ADCO Electrical Corporation
201 Edward Curry Avenue, 3rd Floor
Staten Island, NY 10314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Parisis G. Filippatos, Esq.
Legal Counsel Department
Joint Industry Board of the Electrical Industry
158-11 Harry Van Arsdale Jr. Avenue
Flushing, NY 11365

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:   12/20/2017

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*